CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Cara Townsend, Esq., SBN 220356
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
Amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>    Plaintiff,<br><br>v.<br><br>Beowawie Tea, LLC; and Does 1-10,<br><br>    Defendants, | Case No.: 5:22-cv-01125-EJD<br><br>**NOTICE OF SETTLEMENT** |

    The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

    The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within sixty days.

Dated: October 26, 2022        CENTER FOR DISABILITY ACCESS

                                                /s/ Amanda Seabock
                                          Amanda Seabock
                                          Attorney for Plaintiff