UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BRIAN WHITAKER,

    Plaintiff,

v.

BEOWAWIE TEA, LLC,

    Defendant.

Case No. 5:22-cv-01125-EJD

**ORDER VACATING ALL DATES; DIRECTING PLAINTIFF TO FILE DISMISSAL OR STATUS REPORT; AND ADMINISTRATIVELY CLOSING CASE**

Re: Dkt. No. 27

Plaintiff filed a Notice of Settlement on **October 26, 2022** (*see* Dkt. No. 27), requesting that the Court vacate all currently set dates and advising that a dismissal may be expected in 60 days. Accordingly, all pretrial deadlines and hearing dates are VACATED and any pending motions are TERMINATED. The parties shall file a dismissal or a status report on or before **January 5, 2023**.

The Clerk of Court shall administratively close the case. This is an internal procedure that does not affect the substantive rights of the parties. The parties may file a motion to reopen the case, if appropriate, should the settlement not be finalized.

    **IT IS SO ORDERED.**

Dated: October 26, 2022

                              EDWARD J. DAVILA
                              United States District Judge