CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Chelse Ferrero (SBN: 241915)
chelseferrero@gmail.com
387 South 1st Street
San Jose, CA 95113
Telephone: (408) 896-7871
Attorney for: Defendant, Beowawie Tea, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>       Plaintiff,<br><br>   v.<br><br>BEOWAWIE TEA, LLC, a Delaware Limited Liability Company<br><br>       Defendants. | Case: 5:22-cv-01125-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 16, 2022        CENTER FOR DISABILITY ACCESS

                                                By: /s/ Amanda Seabock
                                                        Amanda Seabock
                                                        Attorneys for Plaintiff

Dated: November 16, 2022

                                                By: /s/ Chelse Ferrero
                                                        Chelse Ferrero
                                                        Attorney for Defendant,
                                                        Beowawie Tea, LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Chelse Ferrero, counsel for Beowawie Tea, LLC, and that I have obtained Ms. Ferrero's authorization to affix her electronic signature to this document.

Dated: November 16, 2022   CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff